UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NEVILLE, RODIE AND SHAW, INC,

       Plaintiffs

v.

       Case No. 3:23-cv-266 VAB

E.A. PRESCOTT LEGARD,

       Defendants.

## JUDGMENT

This matter came on for consideration before the Honorable Victor A. Bolden, United States District Judge. On June 14, 2023, plaintiff NEVILLE, RODIE AND SHAW, INC filed three different motions for judgment (Doc.21, 22, & 23). On July 14, 2023, defendant E.A. PRESCOTT LEGARD filed a motion for judgment (Doc. 24). On August 4, 2023, plaintiff NEVILLE, RODIE AND SHAW, INC, filed a fourth motion for summary judgment (Doc 25). On February 16, 2024, the court entered an order (Doc. 27) granting plaintiff's motions for judgment filed on June 14, 2023 (Doc. 21, 22 & 23), and denying defendant's motion for judgment (Doc. 24) 10, 2023. The court grants NRS's motion for judgment on the pleadings and denies the Executor's motion for judgment on the pleadings.

    It is therefore ORDERED, ADJUDGED and DECREED that judgment is entered, and the case is closed.

    Dated at New Haven, Connecticut, this 23rd day of February 2024.

        Dinah M. Kinney, Clerk

        By: /s/ Tatihana Murphy
EOD: 2/23/2024        Tatihana Murphy
        Courtroom Deputy